IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:19-10014-STA |
| CHARLES JUNE PARTEE, JR. ) | |
| Defendant. ) | |

---

## ORDER ON GUILTY PLEA
## AND NOTICE OF SETTING

---

This cause came to be heard on February 15, 2019, Assistant United States Attorney, Vic Ivy, appearing for the Government and the defendant, Charles June Partee, Jr., appearing in person, and with counsel, Daniel Taylor.

The defendant entered a plea of guilty to Count 1 and Count 2 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 28, 2019 at 10:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 15th day of February, 2019.

                                                             s/ S. Thomas Anderson
                                                          CHIEF JUDGE, U. S. DISTRICT COURT