UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                                                Case No. 1:19-cr-10014-STA

**CHARLES JUNE PARTEE, JR.,**

      **Defendant.**

---

**ORDER ON MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING**

---

This matter came to be heard before the Court upon a Motion to Continue Sentencing, and without opposition of the Government, the motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED, that the Sentencing hearing in this matter currently scheduled for May 28, 2019, shall be continued to August 2, 2019, a 10:00 a.m.

Entered this 17th day of May, 2019.

                                                              s/S. Thomas Anderson

                                                              CHIEF U.S. DISTRICT JUDGE